MARCELLA D. BORKOWSKI, ADMINISTRATRIX
(ESTATE OF ANTHONY BORKOWSKI), ET AL. *v.*
CHANDRA SACHETI

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 294 (AC 14181), is denied.

*Andrew J. O'Keefe,* in support of the petition.

*James H. Howard,* in opposition.

Decided November 20, 1996

STATE OF CONNECTICUT *v.* KICKY KISER

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 339 (AC 15042), is denied.

*Jeremiah Donovan,* in support of the petition.

*Peter A. McShane,* assistant state's attorney, in opposition.

Decided November 20, 1996